# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00410-CV

**Central United Life Insurance Company, Appellant**

**v.**

**Texas Department of Insurance and Jose Montemayor, in his capacity
as Commissioner of Insurance, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. GN404034, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss the appeal advising that they have settled their differences. The appeal is dismissed on the joint motion and costs are assessed against the party incurring them.

Bea Ann Smith, Justice

Before Justices B. A. Smith, Patterson and Puryear

Dismissed on Joint Motion

Filed:   January 24, 2006